CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant
RICHARD ORSOUPHAKHETH

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.:  1:07-cr-00268 OWW |
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE |
| vs. | ) SENTENCING |
| | ) |
| RICHARD ORSOUPHAKEHETH, | ) |
| | ) |
| Defendant. | ) |

It is hereby stipulated by and between the parties hereto, through their respective

attorneys of record, as follows:

The sentencing hearing in this matter is currently set for June 8, 2009 at 1:30 pm.  By

agreement of the parties it is respectfully stipulated and requested that this hearing be continued

until July 13, 2009, at 1:30 pm.

Dated:  May 1, 2009

/s/  Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant

///

///

///

///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAWRENCE G. BROWN
Acting United States Attorney


By      /s/ Laurel J. Montoya_____
        LAURAL J. MONTOYA
        Assistant U.S. Attorney
        Attorney for the United States


ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby

ORDERED that the sentencing hearing currently set for June 8, 2009, at 1:30 pm, be continued

to July 13, 2009 at 1:30 pm.

DATED:  May 1, 2009

                                        /s/ OLIVER W. WANGER
                                        OLIVER W. WANGER
                                        Senior United States District Judge