CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant
RICHARD ORSOUPHAKHETH

**IN THE UNITED STATED DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) Case No.: 1:07-cr-00268 OWW |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| vs. | ) SENTENCING |
| RICHARD ORSOUPHAKEHETH, | ) |
| Defendant. | ) |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

The sentencing hearing in this matter is currently set for June 8, 2009 at 1:30 pm. By agreement of the parties it is respectfully stipulated and requested that this hearing be continued until July 13, 2009, at 1:30 pm.

Dated:  May 1, 2009

                                        /s/  Carl M. Faller_____
                                        CARL M. FALLER
                                        Attorney for Defendant

///

///

///

///

|   |   |
|---|---|
| 1 | LAWRENCE G. BROWN |
|   | Acting United States Attorney |
| 2 |   |
| 3 | By  /s/ Laurel J. Montoya |
|   | LAURAL J. MONTOYA |
| 4 | Assistant U.S. Attorney |
| 5 | Attorney for the United States |

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby

ORDERED that the sentencing hearing currently set for June 8, 2009, at 1:30 pm, be continued

to July 13, 2009 at 1:30 pm.

DATED:  May 1, 2009

/s/ OLIVER W. WANGER
OLIVER W. WANGER
Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28