CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant
RICHARD ORSOUPHAKHETH

# IN THE UNITED STATED DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  1:07-cr-00268 OWW |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| vs. | |
| RICHARD ORSOUPHAKEHETH, | |
| Defendant. | |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

The sentencing hearing in this matter is currently set for July 13, 2009 at 1:30 pm.  By agreement of the parties it is respectfully stipulated and requested that this hearing be continued until August 3, 2009, at 1:30 pm.  The reason for the continuance is to allow defendant to undergo medical procedures which need to be completed prior to sentencing.

Dated:  July 9, 2009

/s/  Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant

///

///

///

LAWRENCE G. BROWN
Acting United States Attorney


By   /s/ Laurel J. Montoya_____
     LAURAL J. MONTOYA
     Assistant U.S. Attorney
     Attorney for the United States


ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby

ORDERED that the sentencing hearing currently set for July 13, 2009, at 1:30 pm, be continued

to August 3, 2009 at 1:30 pm.

DATED:  July 9, 2009

/s/ OLIVER W. WANGER
OLIVER W. WANGER
Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com