CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant
RICHARD ORSOUPHAKHETH

**IN THE UNITED STATED DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RICHARD ORSOUPHAKEHETH,<br><br>　　　　Defendant. | Case No.:  1:07-cr-00268 OWW<br><br>STIPULATION TO CONTINUE SENTENCING |

　　　　It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

　　　　The sentencing hearing in this matter is currently set for August 3, 2009 at 1:30 pm.  By agreement of the parties it is respectfully stipulated and requested that this hearing be continued until August 31, 2009, at 1:30 pm.  The reason for the continuance is that defendant continues to undergo medical procedures which need to be completed prior to sentencing.

Dated:  July 30, 2009

　　　　　　　　　　　　　　　　　　　　　　　　/s/  Carl M. Faller
　　　　　　　　　　　　　　　　　　　　　　　　CARL M. FALLER
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

///

///

///

1
2
3        LAWRENCE G. BROWN
         Acting United States Attorney
4
5        By    /s/ Laurel J. Montoya_____
               LAURAL J. MONTOYA
6              Assistant U.S. Attorney
               Attorney for the United States
7
8
   ORDER:
9
   Based upon the stipulation of the parties and good cause appearing, it is hereby
10
   ORDERED that the sentencing hearing currently set for August 3, 2009, at 1:30 pm, be
11
   continued to August 31, 2009 at 1:30 pm.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10                                             IT IS SO ORDERED.

11  **Dated:   July 31, 2009          /s/ Oliver W. Wanger**
12                             UNITED STATES DISTRICT JUDGE
13
14
15  . .                                                                                    .
16
17
18
19
20
21
22
23
24
25
26
27
28