CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com


Attorney for Defendant
RICHARD ORSOUPHAKHETH

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RICHARD ORSOUPHAKEHETH,<br><br>　　　　　Defendant. | Case No.: 1:07-cr-00268 OWW<br><br>STIPULATION TO EXTEND SURRENDER DATE |

　　　　It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

　　　　The defendant in this matter has been sentenced and is scheduled to self-surrender on January 7, 2010.  As of this date, the Bureau of Prisons has not designated an institution where defendant may surrender himself.  It is respectfully requested that the defendant's surrender date be extended to February 11, 2010 to allow for BOP to designate an institution prior to his surrender.  This is particularly important in defendant's case since it is necessary for him to be designated to an institution which offers the residential drug program and which is within the geographical bounds of central California since the members of his immediate family are ///

///

///

Cambodian immigrants of limited language skills and mobility.

Dated:  December 29, 2009

        /s/  Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant

BENJAMIN WAGNER
United States Attorney

By   /s/ Laurel J. Montoya_____
LAURAL J. MONTOYA
Assistant U.S. Attorney
Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the defendant's surrender date be extended until February 11, 2010, at the designated institution or the United States Marshal's Office in Fresno.

DATED:  December 30, 2010

        /s/ OLIVER W. WANGER
Senior United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com