CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant
RICHARD ORSOUPHAKHETH

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD ORSOUPHAKEHETH, <br><br> Defendant. | Case No.: 1:07-cr-00268 OWW <br><br> STIPULATION TO EXTEND SURRENDER DATE |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

The defendant in this matter has been sentenced and is scheduled to self-surrender on February 11, 2010.  Counsel has been informed that Bureau of Prisons has designated the defendant to a facility in the state of Mississippi.  Such a location will impose a significant hardship on defendant's family and additional time is needed to explore a change in assignment by the Bureau of Prisons to an institution in or closer to California.  It is, therefore, respectfully requested that the defendant's surrender date be extended to March 11, 2010 for this purpose.

Dated:  February 8, 2010

                                              /s/  Carl M. Faller_____
                                              CARL M. FALLER
                                              Attorney for Defendant

1
2
          BENJAMIN WAGNER
          United States Attorney

3
4
5
    By   /s/ Laurel J. Montoya
          LAURAL J. MONTOYA
          Assistant U.S. Attorney
          Attorney for the United States

6
7  ORDER:

8  Based upon the stipulation of the parties and good cause appearing, it is hereby

9  ORDERED that the defendant's surrender date be extended until March 11, 2010, at the

10  designated institution or the United States Marshal's Office in Fresno.

11
12  DATED:  February 9, 2010

          /s/ OLIVER W. WANGER
13         OLIVER W. WANGER
          Senior United States District Judge

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com