

CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com



FILED

MAR 1 1 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Attorney for Defendant
RICHARD ORSOUPHAKHETH

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RICHARD ORSOUPHAKEHETH,

Defendant.

)
)
)
)
)
)
)
)
)

Case No.:  1:07-cr-00268 OWW

STIPULATION TO EXTEND
SURRENDER DATE AND PROPOSED
ORDER

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

The defendant in this matter has been sentenced and is scheduled to self-surrender on March 11, 2010. As noted in a previously stipulation, the Bureau of Prisons has designated the defendant to a facility in the state of Mississippi. Counsel has been pursuing a modification of this designation due to the hardship that such incarceration would impose a significant hardship on defendant's family and additional time is needed to continue that process. It is, therefore, respectfully requested that the defendant's surrender date be extended to April 13, 2010 for this purpose.

Dated: March 8, 2010

/s/ Carl M. Faller
CARL M. FALLER
Attorney for Defendant

BENJAMIN WAGNER
United States Attorney

By      /s/ Laurel J. Montoya
LAURAL J. MONTOYA
Assistant U.S. Attorney
Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby

ORDERED that the defendant's surrender date be extended until April 13, 2010, at the

designated institution or the United States Marshal's Office in Fresno.

DATED: March $\underline{11}$, 2010

_____
OLIVER W. WANGER
Senior United States District Judge