CARL M. FALLER SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant
RICHARD ORSOUPHAKHETH



FILED
APR 13 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY CLERK

IN THE UNITED STATED DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:07-cr-00268 OWW |
|---|---|
| Plaintiff, | ) STIPULATION TO EXTEND |
| vs. | ) SURRENDER DATE AND ORDER |
| RICHARD ORSOUPHAKEHETH, | ) |
| Defendant. | ) |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

The defendant in this matter has been sentenced and is scheduled to self-surrender on April 13, 2010. As noted in a previously stipulation, the Bureau of Prisons has designated the defendant to a facility in the state of Mississippi. Counsel has been pursuing a modification of this designation due to the hardship that such incarceration would impose a significant hardship on defendant's family and additional time is needed to continue that process. There has been no response from the Bureau at this time, but I am led to believe that another 30 days would be beneficial to complete the process. It is, therefore, respectfully requested that the defendant's surrender date be extended to May 14, 2010 for this purpose.

///

///

Dated: April 9, 2010

/s/ Carl M. Faller
CARL M. FALLER
Attorney for Defendant


BENJAMIN WAGNER
United States Attorney


By  /s/ Laurel J. Montoya
LAURAL J. MONTOYA
Assistant U.S. Attorney
Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the defendant's surrender date be extended until May 14, 2010, at the designated institution or the United States Marshal's Office in Fresno.

DATED: April 13, 2010

OLIVER W. WANGER
Senior United States District Judge