1  CARL M. FALLER  SBN: 70788
   Attorney at Law
2  Post Office Box 912
   Fresno, CA 93714
3  559-226-1534
   carl.faller@fallerdefense,com
4

5  Attorney for Defendant
   RICHARD ORSOUPHAKHETH
6

7

8
                    IN THE UNITED STATED DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,           )  Case No.:  1:07-cr-00268 OWW
12                                     )
              Plaintiff,               )  STIPULATION TO EXTEND
13                                     )  SURRENDER DATE AND ORDER
         vs.                           )
14                                     )
   RICHARD ORSOUPHAKEHETH,             )
15                                     )
              Defendant.               )
16

17
         It is hereby stipulated by and between the parties hereto, through their respective
18
   attorneys of record, as follows:
19
         The defendant in this matter has been sentenced and is scheduled to self-surrender on
20
   May 14, 2010.  As noted in a previously stipulation, the Bureau of Prisons has designated the
21
   defendant to a facility in the state of Mississippi.  Counsel has been pursuing a modification of
22
   this designation due to the hardship that such incarceration would impose a significant hardship
23
   on defendant's family and additional time is needed to continue that process.  There has been no
24
   response from the Bureau at this time, but I have now consulted a sentencing specialist in San
25
   Francisco who indicates that he may very well have a method through which the Bureau of
26
   Prisons may modify the defendant's designation.  It is, therefore, respectfully requested that the
27
   defendant's surrender date be extended to June 18, 2010 for this purpose.
28

Dated: May 12, 2010

/s/ Carl M. Faller
CARL M. FALLER
Attorney for Defendant


BENJAMIN WAGNER
United States Attorney


By  /s/ Laurel J. Montoya
LAURAL J. MONTOYA
Assistant U.S. Attorney
Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the defendant's surrender date be extended until June 18, 2010, at the designated institution or the United States Marshal's Office in Fresno.

IT IS SO ORDERED.

Dated:  **May 13, 2010**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE