1  CARL M. FALLER  SBN: 70788
   Attorney at Law
2  Post Office Box 912
   Fresno, CA 93714
3  559-226-1534
   carl.faller@fallerdefense,com
4

5  Attorney for Defendant
   RICHARD ORSOUPHAKHETH
6

7

8
                  IN THE UNITED STATED DISTRICT COURT
9
              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,            )  Case No.:  1:07-cr-00268 OWW
12                                      )
              Plaintiff,                )  STIPULATION TO EXTEND
13                                      )  SURRENDER DATE AND ORDER
       vs.                              )
14                                      )
                                        )
   RICHARD ORSOUPHAKEHETH,              )
15                                      )
              Defendant.                )
16

17       It is hereby stipulated by and between the parties hereto, through their respective

18  attorneys of record, as follows:

19       The defendant in this matter has been sentenced and is scheduled to self-surrender on

20  June 18, 2010.  As noted in a previously stipulation, the Bureau of Prisons has designated the

21  defendant to a facility in the state of Mississippi.  Counsel has been pursuing a modification of

22  this designation due to the hardship that such incarceration would impose a significant hardship

23  on defendant's family.  After much effort, however, including consultation with a sentencing

24  specialist in San Francisco it has become obvious that the Bureau will not modify its designation

25  prior to the defendant's arrival at the assigned institution, and my client will be required,

26  therefore, to travel to Mississippi to begin his sentence.  This final extension is to allow him to

27  make arrangements for his family to be provided for and for him to travel to the designated

28

institution to commence his sentenced. For this purpose, it is respectfully requested and stipulated that the defendant's surrender date be extended to July 16, 2010.

Dated: June 16, 2010

                                           /s/ Carl M. Faller\_\_\_\_\_
                                           CARL M. FALLER
                                           Attorney for Defendant

                                           BENJAMIN WAGNER
                                           United States Attorney

                               By    /s/ Laurel J. Montoya\_\_\_\_\_
                                           LAURAL J. MONTOYA
                                           Assistant U.S. Attorney
                                           Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the defendant's surrender date be extended until July 16, 2010, at the designated institution or the United States Marshal's Office in Fresno.

IT IS SO ORDERED.

Dated: **June 18, 2010**                         **/s/ Oliver W. Wanger**
                                                         UNITED STATES DISTRICT JUDGE